990 So.2d 621 (2008)
Patricia STRINGER, et al., Appellants,
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY, etc., Appellee.
No. 3D07-3137.
District Court of Appeal of Florida, Third District.
September 3, 2008.
*622 Abramowitz & Pomerantz, Sunrise, and Samuel A. Coffey, for appellants.
Rothman & Tobin, Michael Rothman, Miami, and Ellen Patterson, for appellee.
Before GERSTEN, C.J., and COPE and RAMIREZ, JJ.
PER CURIAM.
Affirmed. See Art. X, § 4, Fla. Const.; Volusia County v. Aberdeen at Ormond Beach, L.P., 760 So.2d 126, 130 (Fla.2000); Bird Lakes Dev. Corp. v. Raskin, 596 So.2d 133 (Fla. 3d DCA 1992); Assocs. Discount Corp. v. Gomes, 338 So.2d 552, (Fla. 3d DCA 1976).